U.S. MARSHAL SERVICE
OCT 25 '23 AM 8:14

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

United States of America
v.
Kadum Hunter Harwood

Case No. 1:23-Cr-79
Atchley/Lee

Defendant

FILED
OCT 30 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kadum Hunter Harwood,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Arson, in violation of 18 USC § 844(j); Traveling in Interstate Commerce to Promote or Carry on Arson, in violation of 18 USC § 1952

Date: 10/24/2023

*[signature]*
LEANNA R. WILSON, CLERK
*Issuing officer's signature*

*Printed name and title*

City and state: Chattanooga, Tennessee

### Return

This warrant was received on (date) 10/25/23, and the person was arrested on (date) 10/30/23
at (city and state) Chattanooga, TN.

Date: 10/30/23

*[signature]*
Arresting officer's signature

Dustin Johnson
*Printed name and title*

11608086