UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Petitioner,

    v.

KADUM HARWOOD,

    Defendant.

No. 1:23-Cr-79
Judges Atchley/Lee

### **UNOPPOSED MOTION TO CONTINUE**

Defendant Kadum Harwood, through undersigned counsel, respectfully requests that this Honorable Court continue the trial date and motion deadline for 30 days.

On October 30, 2023, Mr. Harwood made an initial appearance, and was arraigned before United States Magistrate Judge Susan K. Lee (Doc. No. 9). Mr. Harwood's plea and motion deadlines are November 28, and his trial is scheduled for December 19 (Doc. No. 12). Discovery in this case consists of several hundred documents, as well as audio and video recordings. Consequently, additional time is needed to review all the discovery with Mr. Harwood. Further, additional time is needed to interview witnesses and receive additional documentation pertinent to the case. Also, undersigned counsel needs additional time to conduct relevant legal research. This request is not being made for the purpose of delay but is being made to provide effective representation to Mr. Harwood. Finally, undersigned counsel has conferred with Assistant United States Attorney Joseph DeGaetano on this matter, who advises he has no objection to Mr. Harwood's request.

1

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

By: *s/ J. Damon Burk*
J. Damon Burk
Assistant Federal Defender
605 Chestnut Street, Suite 1310
Chattanooga, Tennessee 37450
Damon_Burk@fd.org
(423) 756-4349
WA Bar # 41352

2