UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Petitioner,

    v.

KADUM HARWOOD,

    Defendant.

No. 1:23-Cr-79
Judges Atchley/Lee

## UNOPPOSED MOTION TO CONTINUE

Defendant Kadum Harwood, through undersigned counsel, respectfully requests that this Honorable Court continue the trial date and motion deadline for 30 days.

On October 30, 2023, Mr. Harwood made an initial appearance, and was arraigned before United States Magistrate Judge Susan K. Lee (Doc. No. 9). Mr. Harwood's plea and motion deadlines are March 12, and his trial is scheduled for April 2 (Doc. No. 17). As a preliminary matter, the United States extended an offer to resolve this matter short of trial. However, additional time is needed for undersigned counsel to discuss the offer with Mr. Harwood. Moreover, additional time is needed to prepare for trial should negotiations fail. For example, undersigned counsel has identified the need to consult with an expert witness to assess the viability of a defense. Once undersigned counsel had conferred with an expert, time will also be needed to provide notice of any defenses to the United States. This request is not being made for the purpose of delay but is being made to provide effective representation to Mr. Harwood. Finally, undersigned counsel has conferred with Assistant United States Attorney Joseph DeGaetano on this matter, who advises he has no objection to Mr. Harwood's request.

1

Case 1:23-cr-00079-CEA-SKL   Document 18   Filed 03/12/24   Page 1 of 2   PageID #: 42

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

By:  *s/ J. Damon Burk*
J. Damon Burk
Assistant Federal Defender
605 Chestnut Street, Suite 1310
Chattanooga, Tennessee 37450
Damon_Burk@fd.org
(423) 756-4349
WA Bar # 41352