UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Petitioner,

v.

KADUM HARWOOD,

    Defendant.

No. 1:23-Cr-79
Judges Atchley/Lee

## UNOPPOSED MOTION TO CONTINUE

Defendant Kadum Harwood, through undersigned counsel, respectfully requests that this Honorable Court continue the trial date and motion deadline for 30 days. On October 30, 2023, Mr. Harwood made an initial appearance, and was arraigned before United States Magistrate Judge Susan K. Lee (Doc. No. 9). Mr. Harwood's plea and motion deadlines are April 16, and his trial is scheduled for May 7 (Doc. No. 19).

Undersigned counsel needs additional time to discuss the government's offer to resolve this matter with Mr. Harwood. Currently, Mr. Harwood has additional questions on how best to proceed. If Mr. Harwood wishes to proceed to trial, additional time is needed to acquire an expert to review this matter and consult with counsel. After counsel has conferred with an expert, additional time will be needed to provide notice of any defenses to the United States and prepare for trial. This request is not made for undue delay but is made to provide effective assistance of counsel to Mr. Harwood. Undersigned counsel has conferred with Assistant U.S. Attorney Joseph DeGaetano who advises he has no objection to the granting of this motion.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

By:  *s/ J. Damon Burk*
J. Damon Burk
Assistant Federal Defender
605 Chestnut Street, Suite 1310
Chattanooga, Tennessee 37450
Damon_Burk@fd.org
(423) 756-4349
WA Bar # 41352